IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAREY WAYNE PEDEN                                               PETITIONER

v.                          No. 3:16-cv-236-DPM

MIKE KINDALL                                                    RESPONDENT

ORDER

Unopposed recommendation, № 2, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Peden's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2016