IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAREY WAYNE PEDEN                                        PETITIONER

v.                          No. 3:16-cv-236-DPM

MIKE KINDALL                                             RESPONDENT

## JUDGMENT

Peden's petition is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

15 November 2016